# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERIC ANTHONY SHARP,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>GARY S. SANDOR, Warden,<br><br>　　　　　Respondent. | ) Case No. CV 12-9834 GW (JCG)<br>)<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>)<br>) |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: February 12, 2014

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. GEORGE H. WU
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE